PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Kelvyn Alvarez-Guzman     Cr.: 18-00695-001
PACTS #: 4960293

Name of Sentencing Judicial Officer:    THE HONORABLE BRIAN R. MARTINOTTI
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 07/02/2019

Original Offense:    Controlled Substance – Sell, Distribute, or Dispense, 21 U.S.C. § 841(a)(1) & (b)(1)(B)

Original Sentence: Time Served, 5 years supervised release

Special Conditions: 14 Months Location Monitoring Program, Alcohol/Drug Testing and Treatment, and Life Skills/Education.

Type of Supervision: Supervised Release     Date Supervision Commenced: 07/02/2019

## INTERNATIONAL TRAVEL REQUEST

The individual under supervision is requesting to travel to Santo Domingo, Dominican Republic from January 29 to February 11, 2022, for a follow up dental appointment on February 2, 2022. Alvarez-Guzman will be traveling with his wife and will be staying with his family during this trip.

U.S. Probation Officer Action:

Our office recommends the individuals under supervision's international travel request be approved. Alvarez-Guzman reports as instructed and submits monthly supervision reports. Alvarez-Guzman resides in North Brunswick, New Jersey and is employed with Carrier Enterprises in Piscataway, New Jersey. Alvarez-Guzman satisfied his special assessment and as such, is in full compliance with the conditions of supervised release.

                               Respectfully submitted,

                               SUSAN M. SMALLEY, Chief
                               U.S. Probation Officer

                               *Elisa Martinez*

                   By:    ELISA MARTINEZ
                               Supervising U.S. Probation Officer

/ kam

Prob 12A – page 2
Kelvyn Alvarez-Guzman

PREPARED BY:

*Kelly A. Maciel*       *01/24/2022*
KELLY A. MACIEL      Date
U.S. Probation Technician

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ Travel Request Approved

☐ Travel Request Denied

☒ Travel Request Approved and All Future International Travel Requests be at the Discretion of the Probation Office (as recommended by the Probation Office)

☐ Other

Signature of Judicial Officer

January 25, 2022
Date